IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ELMER JOSE MEJIA GUARDADO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25CV656 |
| | ) | |
| SERGANT BLU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On October 21, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 5.).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation. Plaintiff does not raise specific objections, but instead notes that he is filing, or intends to file, a separate complaint and in forma pauperis application. This court has not received any such filings, but the present dismissal is without prejudice to him doing so as set out in the Recommendation.

1

IT IS THEREFORE ORDERED that this action is dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects.

                                                     /s/   Thomas D. Schroeder
                                                United States District Judge

January 12, 2026